LAW OFFICES OF

# LONDON & ROBIN

IRA D. LONDON
AVROM ROBIN
————

99 PARK AVENUE
SUITE 2600
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-9422
EMAIL: iradlondon@aol.com
avrom@mindspring.com

November 24, 2020

So ordered,

/s/

The Honorable Alvin K. Hellerstein
United States District Court Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Alvin K. Hellerstein

11/24/2020

Re:   United States v. Trice: TOURAY BLACKWOOD
19-CR-582 (AKH)

Dear Judge Hellerstein:

My client Touray Blackwood has been on home detention with electronic monitoring since his initial appearance in the SDNY on July 24, 2019.

I write to request a modification of his release conditions as follows:

Touray Blackwood may leave his residence for eight hours from 5 p.m. on November 26, 2020 to 1 a.m. on November 27, 2020 so that he may make Thanksgiving visits to his family at three locations in the Bronx.

Mr. Blackwood's girlfriend, with whom he lives, will accompany him to his mother's house for a small family dinner, and then to his father's house for a brief visit, and finally to the apartment where his step-mother will be staying. All three locations are in the Bronx, New York. I note that Mr. Blackwood recently tested negative for COVID-19.

U.S. Pretrial Service Officer Ashley Cosme, who is supervising Mr. Blackwood, has responded to this request as follows: "Pretrial opposes all social requests as per policy," meaning, policy on defendants on home confinement like Mr. Blackwood.

A.U.S.A. David Robles for the government takes no position on this and defers to Pretrial Services.

Very truly yours,

AVROM ROBIN

Copy via email:      A.U.S.A. David Robles
                     U.S.Pretrial Officer Ashley Cosme