LAW OFFICES OF
# LONDON & ROBIN

IRA D. LONDON (ret.)
AVROM ROBIN
_____

99 PARK AVENUE
SUITE 2600
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-9422
EMAIL: iradlondon@aol.com
avrom@mindspring.com

<u>VIA ECF</u>

January 6, 2021

The Honorable Alvin K. Hellerstein
United States District Court Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

> Defendant may attend his cousin's birthday party, but only from 3 pm to 7 pm. The request to modify Defendant's bail conditions from home confinement to home curfew is hereby granted.
>
> So ordered,
> /s/
> Alvin K. Hellerstein
> 1/7/21

Re:   <u>United States v. Trice: TOURAY BLACKWOOD</u>
       19-CR-582 (AKH)

Dear Judge Hellerstein:

     My client Touray Blackwood has been on home detention with electronic monitoring since his initial appearance in the SDNY on July 24, 2019.

     I write to make two requests for modification of his bail conditions.

1. A one - time modification of his release conditions as follows:

     Touray Blackwood may leave his residence for twelve hours from 3 p.m. on January 8, 2021 to 3 a.m. on January 9, 2021 so that he may join his cousin's birthday party in an apartment in the Bronx, for a small family gathering.

     U.S. Pretrial Service Officer Ashley Cosme, who is supervising Mr. Blackwood, has responded to this request as follows: "Pretrial opposes all social requests as per policy," meaning, policy on defendants on home confinement like Mr. Blackwood.

2. A modification of his bail conditions to change his restrictions from home confinement to curfew, with curfew hours to be determined by Pretrial Services.

     U.S. Pretrial Officer Cosme is not opposed to lowering Mr. Blackwood's bail conditions from home confinement to curfew. Officer Cosme said that Mr. Blackwood has been compliant, although due to COVID, Pretrial has not been able to regularly test defendants for marijuana use. She will expect Mr. Blackwood to make productive use of the increased opportunities he would have on curfew.

Hon. Alvin K. Hellerstein
January 6, 2021
Page 2 of 2

      A.U.S.A. Ni Qian for the government takes no position on either of my two requests and defers to Pretrial Services on both of them.

Very truly yours,

AVROM ROBIN

| Copy via ECF and email: | A.U.S.A. Ni Qian |
|---|---|
| Copy via email: | U.S. Pretrial Officer Ashley Cosme |