LAW OFFICE OF
# Jacob Barclay Mitchell, Esq.
225 Broadway, Suite 2815
New York, New York 10007

TELEPHONE: (212) 204-2574                                  E-MAIL: jacobbarclaymitchell@gmail.com

ECF

May 16, 2021

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:    United States v. Touray Blackwood
       19-Cr-582 (AKH)

*So Ordered*
X *Al. K. Hellerstein*
5/20/21

Dear Judge Hellerstien:

I write to request I be appointed *Nunc Pro Tunc* as associate counsel from July 24, 2019 to May 14, 2020 at the rate of $110.00 an hour in the above captioned case. I first appeared before the Court on this case on July 24, 2019 as Mr. Kenneth Paul's associate.

Sadly, Mr. Paul passed away. Having taken the appropriate steps, I am now able to write this request. I worked under Mr. Paul's direction to help the client assess his case and determine how to move forward and review the discovery. I expended a total of 36.9 hours working as associate counsel.

Thank you for your consideration.

Respectfully,

_____/S_____
Jacob Mitchell